**FILED**

11/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0563

IN THE SUPREME COURT OF THE STATE OF MONTANA

CAUSE NO. DA 22-0563

| | | |
|---|---|---|
| IN RE THE PARENTING PLAN OF: | ) | |
| S.N., | ) | |
| | ) | |
| ROBERT NEWHOUSE, | ) | |
|    Petitioner and Appellee, | ) | ORDER EXTENDING |
| v. | ) | RESPONDENT'S TIME |
| | ) | TO FILE OPENING BRIEF |
| MARION KEEZER, k/n/a MARION | ) | |
| SCOTT | ) | |
|    RESPONDENT and Appellant. | ) | |

This being the first request for a time extension and good cause therefrom;

IT IS ORDERED THAT a 30-day time extension is granted for Respondent to file an opening brief, due the _____ day of _____, 2022.

A true copy of this order is being mailed to counsel of record for the parties on the date hereof.

DATED this _____ day of November, 2022.

_____

Bowen Greenwood, Clerk of the Supreme Court

C: Karl Knuchel, Jami Rebsom

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 7 2022